# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
                                      *
IP NETWORK SOLUTIONS, INC.,           *
                                      *
            Protestor,                *
                                      *    No. 15-877C
v.                                    *    Filed: September 9, 2015
                                      *
UNITED STATES,                        *
                                      *
            Defendant.                *
                                      *
* * * * * * * * * * * * * * * * * *  *
```

## O R D E R

The court is in receipt of protestor's Notice of Voluntary Dismissal, filed September 8, 2015. Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims (2015), the court **ORDERS** that the above-captioned case be **DISMISSED** without prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
     **Judge**